UNITED STATES of America ex rel.
Dominick CAMPAGNE, Petitioner-
Appellant,

v.

Harold W. FOLLETTE, Warden of Green
Haven State Prison, Stormville, N. Y.,
Respondent-Appellee.

No. 221, Docket 33668.

United States Court of Appeals
Second Circuit.

Argued Oct. 30, 1969.

Decided Dec. 17, 1969.

Gretchen White Oberman, New York
City, (Peter D. Purvis and Milton Adler,
New York City, on the brief), for peti-
tioner-appellant.

Joel Lewittes, Asst. Atty. Gen., New
York City (Samuel A. Hirshowitz, First
Asst. Atty. Gen., and Louis J. Lefkowitz,
Atty. Gen. of State of New York, New
York City, on the brief), for respondent-
appellee.

Before MEDINA, MOORE and FEIN-
BERG, Circuit Judges.

PER CURIAM:

The order of the District Court is af-
firmed on the opinion of Judge Dooling,
306 F.Supp. 1255 (E.D.N.Y.1969).

Paul Glen CHAMBERS, Petitioner-
Appellant,

v.

R. I. MOSELEY, Warden, United States
Penitentiary, Leavenworth, Kansas,
Respondent-Appellee.

No. 524-69.

United States Court of Appeals
Tenth Circuit.

Dec. 2, 1969.

Richard E. Oxandale, Asst. U. S. Atty.,
for appellee.

Paul Glen Chambers appeared pro se.

Before MURRAH, Chief Judge, and
HILL, Circuit Judge.

PER CURIAM.

Chambers was notified that the court
was considering summary affirmance,
pursuant to Rule 10, and afforded an op-
portunity to address the merits of the
cause in an opposing memorandum. He
has not done so. Nonetheless, an in-
spection of the file and records in this
case satisfies us that the issues present-
ed are so unsubstantial as not to require
further argument.

The judgment is affirmed for the rea-
sons stated in the memorandum and or-
der of the district court, 306 F.Supp.
1102 (D.Kan.1969).